**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

---------------------------------------------------------X
FIRST AUTOMOTIVE SERVICE
CORPORATION, N.M., a corporation; and
FIRST AUTOMOTIVE INSURANCE
RISK RETENTION GROUP, INC., a
corporation,

        Plaintiffs,

    vs.                        CASE NO: 3:07-cv-00682-VMC-TEM

FIRST COLONIAL INSURANCE
COMPANY, a corporation; and
NORTHBROOK INDEMNITY
COMPANY, a corporation,

        Defendants.
---------------------------------------------------------X

## **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff, First Automotive Service Corporation, N.M., hereby files its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1(a), and states:

Plaintiff, First Automotive Service Corporation, N.M., is a wholly owned subsidiary of its parent company, Southwest Re Inc., a privately held New Mexico corporation.

|  |  |
|---|---|
| Dated: August 13, 2007<br>Jacksonville, Florida | COOPER, RIDGE & LANTINBERG, P.A.<br><br>/s/ George E. Ridge<br>William G. Cooper, Esq.<br>Florida Bar No.: 161233<br>George E. Ridge, Esq.<br>Florida Bar No.: 226701<br>Tiffiny Douglas Safi, Esq.<br>Florida Bar No.: 682101<br>136 East Bay Street, Suite 301<br>Jacksonville, Florida 32202<br>(904) 353-6555;  (904) 353-7550 (facsimile)<br>wcooper@attorneyjax.com<br>gridge@attorneyjax.com<br>tsafi@attorneyjax.com<br><br>Attorneys for First Automotive Service Corporation, N.M. and First Automotive Insurance Risk Retention Group, Inc. |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 13, 2007, I electronically filed the foregoing with the Clerk of the Court by the CM/ECF system which will send a notice of filing to the Electronic Mail Notice List. There are no manual recipients listed with the Court.

ELECTRONIC MAIL NOTICE LIST

Robert T. Hyde, Jr., Esq.
J. Ellsworth Summers, Jr.
ROGERS TOWERS, P.A.
1301 Riverplace Blvd., Suite 1500
Jacksonville, FL 32207
bhyde@rtlaw.com
jes@rtlaw.com

                                                /s/ George E. Ridge
                                                       Attorney

J:\CRB\07050\Corp. Disclosure - FASC v FCIC.wpd

2