## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

```
--------------------------------------------------------X
FIRST AUTOMOTIVE SERVICE          :
CORPORATION, N.M., a corporation; and  :
FIRST AUTOMOTIVE INSURANCE         :
RISK RETENTION GROUP, INC., a      :
corporation,                       :
                                   :
              Plaintiffs,          :
                                   :
       vs.                         :     CASE NO: 3:07-cv-00682-VMC-TEM
                                   :
FIRST COLONIAL INSURANCE           :
COMPANY, a corporation; and        :
NORTHBROOK INDEMNITY               :
COMPANY, a corporation,            :
                                   :
              Defendants.          :
--------------------------------------------------------X
```

### PLAINTIFFS' NOTICE OF PENDENCY OF RELATED ACTION

In accordance with Local Rule 1.04(d), I certify that the instant action:

  **X**   IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

Northbrook Indemnity Company v. First Automotive Service Corp. N.M., et al.
Case No.: 3:07-cv-00683-TJC-TEM

_____   IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF RELATED ACTION upon each party no later than eleven days after appearance of the party.

Dated: August 24, 2007
      Jacksonville, Florida            COOPER RIDGE & LANTINBERG, P.A.

                         s/GEORGE E. RIDGE
                         William G. Cooper, Esq.
                         Florida Bar No.: 161233
                         George E. Ridge, Esq.
                         Florida Bar No.: 226701
                         Tiffiny Douglas Safi, Esq.
                         Florida Bar No.: 682101
                         136 East Bay Street, Suite 301
                         Jacksonville, Florida 32202
                         (904) 353-6555;  (904) 353-7550 (facsimile)
                         wcooper@attorneyjax.com
                         gridge@attorneyjax.com
                         tsafi@attorneyjax.com

                         Attorneys for First Automotive Service
                         Corporation, N.M. and First Automotive Insurance
                         Risk Retention Group, Inc.

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 24, 2007, I electronically filed the foregoing with the Clerk of the Court by the CM/ECF system which will send a notice of filing to the Electronic Mail Notice List. There are no manual recipients listed with the Court.

ELECTRONIC MAIL NOTICE LIST

Robert T. Hyde, Jr., Esq.
J. Ellsworth Summers, Jr.
ROGERS TOWERS, P.A.
1301 Riverplace Blvd., Suite 1500
Jacksonville, FL 32207
bhyde@rtlaw.com
jes@rtlaw.com

                                 /s/ George E. Ridge